IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 11 2001

CLERK, U.S. DISTRICT COURT

By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| V. | * NO. ___2-01-CR-059___ |
| | * |
| CHARLIE KING MEZA (1) | * |
| MILO CRADALE WILLIAMS (2) | * |

The Grand Jury charges:

<u>INDICTMENT</u>

<u>COUNT 1</u>

On or about the 4th day of May 2001, in the Amarillo Division of the Northern District of Texas, the defendants, CHARLIE KING MEZA and MILO CRADALE WILLIAMS, by force, violence, and intimidation, did take money belonging to and in the care, custody, control, management, and possession of the Bank of America, Amarillo, Texas, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2113(a) and 2113 (d), and Title 18, United States Code, Section 2.

K:G_V/MEZA.IND

## COUNT 2

On or about the 4th day of May 2001, in the Amarillo Division of the Northern District of Texas, the defendant, MILO CRADALE WILLIAMS, did receive approximately $2000 of money, which had been taken and carried away, with intent to steal and purloin, from the care, custody, control, management, and possession of the Bank of America, Amarillo, Texas, the deposits of which were insured by the Federal Deposit Insurance Corporation at the time of such taking and carrying away, knowing said money had been stolen.

In violation of Title 18, United States Code, Sections 2113(c).

A TRUE BILL:

_Virginia S. Webster_
FOREMAN

RICHARD H. STEPHENS
United States Attorney

VICKI LAMBERSON
Assistant United States Attorney
500 South Taylor, Suite 300, Box 238
Amarillo, Texas  79101
(806) 324-2356
Texas State Bar No. 10081500

K:G_V/MEZA.IND

No. _____

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

## AMARILLO DIVISION

---

### THE UNITED STATES OF AMERICA

### VS.

### CHARLIE KING MEZA (1)
### MILO CRADALE WILLIAMS (2)

---

### INDICTMENT

18 USC 2113(a), 18 USC 2113(d)
18 USC 2113(c), 18 USC 2
BANK ROBBERY, AIDING AND ABETTING

---

A true bill,

_____

Amarillo                                                      Foreman

Filed in open court this _11th_ day of _September_,
A.D. 2001

_____
                                                               Clerk

WARRANT to issue for Defendants

UNITED STATES DISTRICT JUDGE
                MAGISTRATE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**2-01-CR-059**

| | |
|---|---|
| Superseding Indictment: ☐ Yes ☒ No | New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____ | |
| Search Warrant Case Number _____ | |
| R 20 from District of _____ | |
| Magistrate Case Number _____ | |

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes   ☐ No

   Defendant Name    MEZA, Charlie King

   Alias Name    _____

   Address    1201 Dallam St.

   Dalhart, Texas

   County in which offense was committed:    Potter

2. **U.S. Attorney Information**

   AUSA  LAMBERSON, Vicki    Bar #   10081500

3. **Interpreter**

   ☐ Yes   ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date

   ☐ Already in Federal Custody as of_____ in _____.
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: _____1_____   ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 USC § 2113(a), (d), and 2 | Bank Robbery, Aiding & Abetting | 1 |
| | | |
| | | |
| | | |
| | | |
| | | |

(May be continued on reverse)

Date  9/10/01    Signature of AUSA: _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

Superseding Indictment:  ☐ Yes  ☒ No    New Defendant:  ☒ Yes  ☐ No

Pending CR Case in NDTX:  ☐ Yes  ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1. **Defendant Information**

Juvenile:  ☐ Yes  ☒ No

If Yes, Matter to be sealed:

☐ Yes   ☐ No

Defendant Name ___ WILLIAMS, Milo Cradale _____

Alias Name _____

Address ___ 2601 N. Grand _____

___ Amarillo, Texas _____

County in which offense was committed: ___ Potter _____

2. **U.S. Attorney Information**

AUSA _ LAMBERSON, Vicki _____   Bar # ___ 10081500 _____

3. **Interpreter**

☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

Arrest Date

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody
☐ On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: ___ 2 ___   ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| 18 USC § 2113(a), (d), and 2 | Bank Robbery, Aiding & Abetting | 1 |
| 18 USC § 2113(c) | Bank Robbery | 2 |

(May be continued on reverse)

Date ___ 9/10/01 ___   Signature of AUSA: _____