U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

DEC 1 3 2001

CLERK, U.S. DISTRICT COURT

By _____
Deputy

## FACTUAL RESUME

UNITED STATES OF AMERICA

V.

CHARLIE KING MEZA
2:01-CR-059, (1)

---

**DEFENDANT PLEADING GUILTY TO COUNT ONE OF A TWO-COUNT SUPERSEDING INDICTMENT.**

SUPERSEDING
INDICTMENT:    Title 18, United States Code, Section 2113(a) and (d),-BANK ROBBERY.

MAXIMUM
PENALTY:    $250,000.00 fine pursuant to Title 18, United States Code, Section 3571, or twice the pecuniary gain to the defendant or the pecuniary loss to the victim pursuant to Title 18, United States Code, Section 3571, and imprisonment of not more than TWENTY FIVE(25) years. A period of supervised release of up to THREE (3) years.

If the conditions of supervised released are violated, the full term of supervised release could be imposed. Pursuant to 18 USC 3663A, the defendant is required to pay full restitution to the victim(s) of this offense.

Sentencing is pursuant to the Sentencing Reform Act of 1984, making the sentencing guidelines applicable.

ASSESSMENT:    Pursuant to Title 18, United States Code, Section 3013(a), a mandatory assessment of $100.00 will be made.

ELEMENTS:    *First:* That the defendant intentionally took from the person or the presence of the person, money;
*Second:* That the money belonged to or was in the possession of a federally insured bank at the time of the taking;
*Third:* That the defendant took the money by means of force and violence or by means of intimidation.
*Fourth:* That in committing the offense, the defendant put in jeopardy the life on another person by the use of a dangerous weapon.

1

55

FACTS:    On or about the 4th day of May 2001, in the Amarillo Division of the Northern District of Texas, the defendants, CHARLIE KING MEZA and MILO CRADALE WILLIAMS, aided and abetted by each other and others known and unknown, by force, violence and intimidation did take from the person and presence of another, approximately $7,805.00 in money belonging to and in the care, custody, control, management and possession of the Bank of America, Amarillo, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendant, CHARLIE KING MEZA, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm. In violation of Title 18, United States Code, Sections 2113(a) and 2113(d) and 2.

On May 4, 2001, around 4 p.m. the Bank of America, 3509 I-40 East, Amarillo, Texas, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, was robbed. Two males, later identified as Charlie King Meza and Daniel Junior Golden entered the bank after being driven to the bank by Milo Cradale Williams. Meza and Golden wore bandana's to cover their faces and Meza also carried a double barreled shotgun. Customers were ordered to the floor and an elderly woman was knocked down by Meza when she tried to tell the robbers that she could not get down. Golden vaulted the counter and ordered the tellers to put the money in a black garbage bag. Meza discharged the shotgun across the lobby and teller counter into the wall behind the teller stations. They exited the bank after stealing approximately $7,805.41. After leaving the bank, they got into a vehicle driven by Marcus Samaniego. They split up the money and Milo Cradale Williams received approximately $2,000.00. Golden and Samaniego were juveniles at the time of the bank robbery.

STATUS:    In Custody.

I, CHARLIE KING MEZA, Defendant, in the above case, hereby state that the facts set forth herein are true and correct.

Dated: December /3th, 2001.

_____
CHARLIE KING MEZA
Defendant

_____
CHANNY WOOD
Attorney for defendant