

NORTHERN DISTRICT OF TEXAS
FILED

DEC 1 8 2001

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## FACTUAL RESUME

UNITED STATES OF AMERICA

V.

MILO CRADALE WILLIAMS
2:01-CR-059, (2)

---

DEFENDANT PLEADING GUILTY TO COUNT TWO OF A TWO-COUNT SUPERSEDING INDICTMENT.

SUPERSEDING
INDICTMENT:       Title 18, United States Code, Section 2113(c),-RECEIVING BANK ROBBERY PROCEEDS.

MAXIMUM
PENALTY:          $250,000.00 fine pursuant to Title 18, United States Code, Section 3571, or twice the pecuniary gain to the defendant or the pecuniary loss to the victim pursuant to Title 18, United States Code, Section 3571, and imprisonment of not more than TEN(10) years. A period of supervised release of up to THREE (3) years.
                  If the conditions of supervised released are violated, the full term of supervised release could be imposed. Pursuant to 18 USC 3663A, the defendant is required to pay full restitution to the victim(s) of this offense.
                  Sentencing is pursuant to the Sentencing Reform Act of 1984, making the sentencing guidelines applicable.

ASSESSMENT:       Pursuant to Title 18, United States Code, Section 3013(a), a mandatory assessment of $100.00 will be made.

ELEMENTS:         *First:* That the defendant intentionally received, possessed, concealed, stored, bartered, sold, or disposed of money that had been taken or stolen from a bank;
                  *Second*: That the money had been taken or stolen from the person or the presence of the person;
                  *Third:* That the money belonged to or was in the possession of a federally insured bank at the time of the taking;
                  *Fourth:* That the money had been taken by means of force and violence or by means of intimidation.

1

61

FACTS: On May 4, 2001, around 4 p.m. the Bank of America, 3509 I-40 East, Amarillo, Texas, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, was robbed. Two males, later identified as Charlie King Meza and Daniel Junior Golden entered the bank after being driven to the bank by the defendant MILO CRADALE WILLIAMS. Meza and Golden wore bandana's to cover their faces and Meza also carried a double barreled shotgun. Customers were ordered to the floor and an elderly woman was knocked down by Meza when she tried to tell the robbers that she could not get down. Golden vaulted the counter and ordered the tellers to put the money in a black garbage bag. Meza discharged the shotgun across the lobby and teller counter into the wall behind the teller stations. They exited the bank after stealing approximately $7,805.41.

After leaving the bank, Meza and Golden got into a vehicle driven by Marcus Samaniego. Later, they split up the money and defendant WILLIAMS received in excess of $1,000 of the money, which had been taken and carried away, with intent to steal and purloin, from the care, custody, control, management, and possession of the Bank of America and at the time, the defendant MILO CRADALE WILLIAMS knew the money had been stolen from the bank. Golden and Samaniego were juveniles at the time of the bank robbery.

In violation of Title 18, United States Code, Sections 2113(c) and 2.

STATUS: In Custody.

I, MILO CRADALE WILLIAMS, Defendant, in the above case, hereby state that the facts set forth herein are true and correct.

Dated: December 6, 2001.

_Milo Williams_
MILO CRADALE WILLIAMS
Defendant

_Bonita X. Gunden_
BONITA GUNDEN
Attorney for Defendant

2