IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | 2:01-CR-059-J (01) |
| | § | |
| CHARLIE KING MEZA | § | |

## MOTION TO REVOKE SUPERVISED RELEASE

The defendant, **Charlie King Meza**, upon conviction for Bank Robbery, aiding

and abetting, in violation of 18 U.S.C. §§ 2113(a) and (d) and 2, was sentenced on April

19, 2002, to 105 months imprisonment and a five (5) year term of supervised release.  On

June 4, 2009, the defendant was released from custody and placed on supervised release

with certain conditions of supervised release.

I.

Conditions of the Defendant's supervised release provide:

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

The shall refrain from excessive use of alcohol and shall not purchase, possess,
use, distribute, or administer any controlled substance or any paraphernalia related
to any controlled substances, except as prescribed by a physician.

The defendant shall not frequent places where controlled substances are illegally
sold, used, distributed, or administered.

The defendant shall answer truthfully all inquiries by the probation officer and
follow the instructions of the probation officer.

Pursuant to the Mandatory Victims Restitution Act of 1996, the defendant shall make restitution in the amount of $13,615.30, payable to the U.S. District Clerk for disbursement to Bank Of America, Dallas, Texas. Payment shall begin while the defendant is incarcerated, and the balance shall be payable through monthly installments of at least $100. Further, pursuant to 18 USC § 3612(f)(3), the court shall waive interest on the restitution. The defendant is jointly and severally responsible for full restitution with Milo Cradale Williams and $1,951.35, with the defendant adjudicated in juvenile Case No. 7994-J#1, Potter County, Texas.

The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

## II.

Defendant **Charlie King Meza** violated these conditions in that:

1. In or about March 2011, he used and possessed methamphetamine, an illegal controlled substance.

2. On or about January 5, 2011, he failed to report to the U.S. Probation office in Amarillo, Texas, as instructed.

3. On or about April 2, 2011, the defendant failed to attend a counseling session as instructed.

4. On or about April 2, 2011, the defendant failed to provide a urine specimen as instructed.

5. On or about April through July 2010, September through December 2010, and January through March 2011, the defendant failed to make restitution payments.

6. On or about March 2011, the defendant submitted an untruthful monthly report wherein he stated his last employment date at Express Lane in Dalhart, Texas, was March 28, 2011, when in truth and in fact, as he well knew, his last date of employment was March 9, 2011.

WHEREFORE, the United States respectfully requests that the supervised release

of the defendant be revoked and his sentence be served as provided by law.


Respectfully submitted,

JAMES T. JACKS
United States Attorney

S/ Christy L. Drake
CHRISTY L. DRAKE
Assistant United States Attorney
500 S. Taylor, Suite 300, LB 238
Amarillo, Texas  79101
Texas State Bar No.06104500
telephone:    806.324.2356
facsimile:    806.324.2399
Email:        christy.drake@usdoj.gov

3